IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**PERMANENT INJUNCTION**

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TOWN OF LAC DU FLAMBEAU,

                Defendant and
                counterclaimant,

And                                                                 23-cv-355-wmc

GORDON ANDERSON, *et al.*,

                Intervenor defendants and
                Intervenor counterclaimants.

---

GORDON ANDERSON, *et al.*,

                Plaintiffs,

v.

BRYAN NEWLAND, *et al.*,                                            23-cv-777-wmc

                Defendants.

---

TOWN OF LAC DU FLAMBEAU,

                Plaintiff,

v.

BRYAN NEWLAND, *et al.*,                                            23-cv-541-wmc

                Defendants.

This Final, Permanent Order pertains to the following seven segments of those four roads:

1. The North-South Segment of Annie Sunn Lane as defined in Exhibit A.
2. The East-West Segment of Annie Sunn Lane (Western Portion) as defined in Exhibit B.
3. The East-West Segment of Annie Sunn Lane (Eastern Portion) as defined in Exhibit C.
4. Center Sugarbush Lane as defined in Exhibit D.
5. East Ross Allen Lake Lane as defined in Exhibit E.
6. The North-South Segment of Elsie Lake Lane as defined in Exhibit F.
7. The East-West Segment of Elsie Lake Lane as defined in Exhibit G.

(hereinafter, the "Roads").

For the reasons stated in the Opinion and Order entered on August 6, 2025 (dkt. #210 in 23-cv-355; dkt. #23 in 23-cv-541; dkt. #18 in 23-cv-777), and the telephonic hearing held with counsel for the parties on September 5, 2025, the court **ISSUES THE FOLLOWING PERMANENT INJUNCTION** in the above captioned-cases:

1. The North-South Segment of Annie Sunn Lane, the East-West Segment of Annie Sunn Lane (Eastern Portion), and the East-West Segment of Elsie Lake Lane are encumbered by public rights of way and shall remain open to the public in perpetuity, pursuant to the Indian Right-of-Way Act.

2. The East-West Segment of Annie Sunn Lane (Western Portion), Center Sugarbush Lane, East Ross Allen Lake Lane, and the North-South Segment of Elsie Lake Lane shall be listed on the National Tribal Transportation Facility Inventory (the "NTTFI") and, therefore, are public and shall remain open to the public. The Roads can only be removed from the NTTFI consistent with this court's Opinion and Order or further order of the court.

3. All Roads are encumbered by implied easements benefitting all properties accessed or served by said Roads and shall remain open as private rights of way for ingress and egress by the respective owners and their family, friends, guests and invitees.

4. The Town of Lac du Flambeau (the "Town") shall have unrestricted access to the Roads for functions normally provided by a Wisconsin township for a public road, including road repair, maintenance, culver replacement, ditching, trimming trees, mowing, snow plowing and signage, as well as providing emergency services.

5. The United States is directed to provide a copy of this Final Order to the Lac du Flambeau Band of the Lake Superior Chippewa Indians (the "Band"), as well as take all necessary action to prevent any and all means of restricting access by the Band or any other person or entities over the right of way of the Roads for the purposes described herein, including but not limited to, the erection of any barricades, chains or other obstructions blocking physical access. In conjunction, the Band shall move all "No Trespassing" signs that were placed at the entrances of the Roads during the course of this lawsuit.

Entered this 8th day of September, 2025.

BY THE COURT:

William M. Conley
District Judge